UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

SUSANNE CAMPO,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED,

           Plaintiff,

v

ZWICKER & ASSOCIATES, P.C.,

           Defendant.

Civil Action, File No.
2:18-cv-05637-JFB-AYS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 13 2019 ★
LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against Defendant with each party to bear its respective attorney's fees and costs incurred in this action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

**Barron & Newburger, P.C.**

By: /s/*Arthur Sanders, Esq.*
30 South Main Street
New City, NY 10956-3515
845-499-2990
Email: asanders@arthursanderslaw.com
*Attorneys for Defendant*

The clerk of the court shall close the case.

/s/ **SO ORDERED**
/s/ Joseph F. Bianco
Joseph F. Bianco
USDJ
Date: May 13, 2019
Central Islip, N.Y.